EDWARD W. LUKAS, JR., State Bar No. 155214
HARRINGTON, FOXX, DUBROW & CANTER, LLP
535 N. Brand Blvd. Suite 800
Glendale, California 91203
Telephone (213) 489-3222
Facsimile (213) 623-7929
E-mail: elukas@hfdclaw.com

Glenn E. Forbis (*Pro Hac Vice* forthcoming)
Jeremiah J. Foley (*Pro Hac Vice* forthcoming)
Harness, Dickey & Pierce PLC
5445 Corporate Drive, Suite 200
Troy, MI  48098
248-641-1600
E-mail:  gforbis@harnessip.com
         jfoley@harnessip.com

Attorneys for Plaintiff MACUHEALTH, LP

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MACUHEALTH, LP,<br><br>    Plaintiff,<br><br>vs.<br><br>ONLINE BEST, LLC, and JON MKRTCHYAN,<br><br>    Defendants. | Case No.<br><br>**COMPLAINT FOR:**<br><br>1. **TRADEMARK INFRINGEMENT;**<br>2. **SALE OF STOLEN PROPERTY;**<br>3. **CONVERSION;**<br>4. **CALIFORNIA UNFAIR COMPETITION;**<br>5. **UNFAIR COMPETITION CALIFORNIA COMMON LAW**<br><br>**[DEMAND FOR JURY TRIAL]** |

Plaintiff MacuHealth LP ("Plaintiff" or "MacuHealth") by its undersigned counsel as and for its Complaint against defendants Online Best, LLC ("Defendant" or "Online Best") and Jon Mkrtchyan ("Mkrtchyan") hereby alleges as follows:

## NATURE OF THE ACTION

This is a trademark infringement, California Penal Code § 496, conversion and unfair competition under California Common Law, and unfair competition under California Bus. & Prof. Code § 17200 action against Online Best and Mkrtchyan for their selling of goods stolen prior to MacuHealth's quality control activities.

## THE PARTIES

1. Plaintiff MacuHealth is a Michigan Limited Partnership having a principal place of business at 70 E Long Lake Road, Bloomfield Hills, MI 48304.

2. Defendant Online Best is a California Limited Liability Company, upon information and belief having a principal place of business at 12226 DeHougne Street, North Hollywood, CA 91605.

3. Defendant Jon Mkrtchyan is an adult individual and President of Online Best who resides at 12226 DeHougne Street, North Hollywood, CA 91605.

## JURISDICTION AND VENUE

4. This action arises under the laws of the United States, Title 15 of the United States Code, 15 U.S.C. § 1114(a), California Penal Code § 496, and California Business and Professional Code § 17200.

5. This Court has subject matter jurisdiction over this action pursuant to 15 U.S.C. § 1121, and 28 U.S.C. §§ 1331 and 1332(a). This Court has subject matter jurisdiction over the state law claims pursuant to 28 U.S.C. § 1367(a).

6. This Court has personal jurisdiction over Online Best at least because Online Best resides in and transacts business in California and in this judicial district.

7. This Court has personal jurisdiction over Mkrtchyan at least because Mkrtchyan resides in and transacts business in California and in this judicial district.

# GENERAL ALLEGATIONS

## MacuHealth

8.  MacuHealth was established in 2006 and operates facilities at its headquarters in Bloomfield Hills, Michigan and at its distribution center in Phoenix, AZ.

9.  MacuHealth manufactures, sells, and distributes dietary supplements, including supplements for improving ocular health.

10.  MacuHealth manufactures, sells, and distributes a product called MacuHealth, which is clinically proven to improve eye health and visual performance.

11.  MacuHealth is the owner of the trademark MACUHEALTH.

12.  The standard character mark MACUHEALTH is registered under US Reg. No. 3655528.

13.  MacuHealth uses the mark MACUHEALTH to brand its product. A photograph of the MacuHealth bottle as sold in stores is shown below:



14.  MacuHealth sells and distributes its products throughout the United States, as well as various other countries around the world.

15.  The active ingredients in MacuHealth are lutein, meso-zeaxanthin, and zeaxanthin.

16. Twenty years of scientific research has demonstrated that the 10:10:2 ratio of lutein, meso-zeaxanthin, and zeaxanthin respectively increase macular pigment density, which supports visual health.

17. MacuHealth's label claims that it contains 10 mg of lutein, 10 mg of meso-zeaxanthin, and 2 mg of zeaxanthin.

18. MacuHealth requires that the product it distributes meet this label claim.

19. MacuHealth capsules are manufactured by a contractor. The manufacturer assigns a lot number to each lot it manufactures, laser prints the lot number on the bottom of the bottle, and ships the product to MacuHealth's distribution center in Phoenix, AZ.

20. When the product is received by the distribution center in Phoenix, AZ, a sample is sent to a laboratory to be analyzed to ensure the lot meets 100% of the label claim with less than 10% heterogeneity.

### Online Best's and Mkrtchyan's Theft of Lot # 274401

21. Lot # 274401 of MacuHealth was stolen in October 2024.

22. Lot # 274401 continued 85,000 bottles of MacuHealth product which had yet to be tested for compliance with MacuHealth's label claim.

23. Lot # 274401 was set to be shipped from the manufacturer to MacuHealth's distribution facility in Arizona shortly before October 15, 2024.

24. A truck came to pick up Lot # 274401 from MacuHealth's manufacturer to MacuHealth's facility in Arizona.

25. Lot # 274401 was shipped to Chatsworth, California, a neighborhood of Los Angeles, instead of Arizona.

26. Upon information and belief, the trucking company had its identity stolen.

27. Upon information and belief, the person who stole the trucking company's information booked a fictitious shipment from the MacuHealth manufacturer's site to Chatsworth, California.

28. The bottles in Lot # 274401 were not received by MacuHealth.

29. The bottles in Lot # 274401 were not analyzed to ensure the lot meets 100% of the label claim with less than 10% heterogeneity.

**Online Best's and Mkrtchyan's Sale of MacuHealth Bottles in Lot # 274401**

30. In May 2025, MacuHealth discovered the website onevitamin.net selling MacuHealth at a large discount.

31. MacuHealth retails for $82.95. OneVitamin.net sells a product also called MacuHealth for $24.97. A copy of the OneVitamin.net website as it exists as found on July 15, 2025 is attached as Exhibit 1, hereto.

32. MacuHealth had someone purchase three bottles of OneVitamin.net's "MacuHealth" product in May 2025.

33. The person MacuHealth had purchase the three bottles received a package with the return address "ONLINE BEST LLC 12226 DEHOUGNE ST, NORTH HOLLYWOOD, CA". A photograph of the package received with the recipient address and tracking information redacted is attached as Exhibit 2, hereto.

34. Defendant Mkrtchyan resides at 12226 Dehougne St., North Hollywood, CA.

35. Defendant Mkrtchyan is the president of Online Best.

36. Upon information and belief, Defendant Mkrtchyan shipped the package received by the person MacuHealth had purchase bottles of "MacuHealth" from OneVitamin.net.

37. The package contained three bottles of "MacuHealth" containing the same label as MacuHealth's product. The bottom of the bottles were labeled "LOT # 274401". A photograph of the bottom of the bottles showing the lot number is attached as Exhibit 3, hereto.

38. Upon information and belief, Defendant Mkrtchyan shipped the three bottles of "MacuHealth" purchased on OneVitamin.net.

39. The three bottles of "MacuHealth" purchased on OneVitamin.net were part of Lot # 274401.

40. The three bottles of "MacuHealth" purchased on OneVitamin.net were stolen.

41. Upon information and belief, Online Best and Mkrtchyan own and operate OneVitamin.net.

42. Online Best and Mkrtchyan sold stolen property.

43. Online Best and Mkrtchyan know that the MacuHealth bottles they are selling are stolen.

44. Upon information and belief, Online Best and Mkrtchyan continue to sell stolen property on OneVitamin.net.

**Online Best's and Mkrtchyan's Conversion**

45. The stolen lot of MacuHealth's yet-to-be-tested-product was shipped to Chatsworth, CA.

46. Online Best and Mkrtchyan operate out of North Hollywood, CA.

47. Both Chatsworth, CA and North Hollywood, CA are in Los Angeles.

48. Upon information and belief, Mkrtchyan and Online Best currently possess the MacuHealth bottles in stolen Lot # 274401, excluding bottles they have already sold to others.

49. Upon information and belief, Mkrtchyan stole the identity of the trucking company set to ship Lot # 274401.

50. Upon information and belief, Mkrtchyan booked the fictitious shipment from MacuHealth's manufacturer to Chatsworth, CA.

51. Upon information and belief, Mkrtchyan received the MacuHealth bottles in stolen Lot # 274401 from the facility he had the lot shipped to in Chatsworth, CA.

52. The MacuHealth bottles in Lot #274401 are MacuHealth's property.

53. By having Lot # 274401 shipped to Chatsworth, CA, Online Best and Mkrtchyan wrongfully exercised control over MacuHealth's property.

54. By picking up Lot # 274401 and taking it into their possession, Mkrtchyan and Online Best wrongfully exercised control over MacuHealth's property.

55. By selling bottles from Lot # 274401 on OneVitamin.net, Mkrtchyan and Online Best wrongfully exercised control over MacuHealth's property.

56. MacuHealth was unable to test Lot # 274401 to determine if they complied with the label claim due and subsequently distribute or sell the bottles in view of Mkrtchyan's and Online Best's wrongful exercise of control of MacuHealth's property.

**Online Best's and Mkrtchyan's Receipt and Sale of Stolen Property**

57. Upon information and belief, Mkrtchyan received the stolen lot of MacuHealth bottles when he picked Lot # 274401 up from where he had it delivered in Chatsworth.

58. Upon information and belief, Mkrtchyan knew that Lot # 274401 was stolen as he was the one who had the shipment sent to Chatsworth, CA instead of MacuHealth's distribution facility through stealing the identity of the trucking company.

59. After receiving Lot # 274401, Mkrtchyan sold the bottles of the yet-to-be-tested MacuHealth product on OneVitamin.net.

60. The sale of the yet-to-be-tested MacuHealth product harmed MacuHealth by depriving it of its property and making MacuHealth unable to test and then sell or distribute Lot # 274401.

61. Upon information and belief, the purchasers of the yet-to-be-tested MacuHealth product from OneVitamin.net did not know that it was not tested.

62. The sale of the yet-to-be-tested MacuHealth product harmed MacuHealth by causing MacuHealth to lose sales to Online Best.

**Online Best's and Mkrtchyan's Trademark Infringement and Counterfitting**

63. MacuHealth is the owner of the registered trademark "MACUHEALTH", U.S. Reg. No. 3655528.

64. The products being sold by Online Best and Mkrtchyan bear the mark "MACUHEALTH".

65. The products being sold by Online Best and Mkrtchyan appear to be identical to the product sold by MacuHealth.

66. The products being sold by Online Best and Mkrtchyan were not analyzed to determine whether they meet MacuHealth's label claim.

67. Therefore, the products being sold by Online Best and Mkrtchyan are materially different that MacuHealth's product.

68. Consumers are likely to be confused by Online Best and Mkrtchyan's use of the MACUHEALTH mark to sell its untested goods.

69. MacuHealth has been damaged by Online Best and Mkrtchyan's use of the MacuHealth Mark.

**Notice of Infringement and Sale of Stolen Goods by OnlineBest and Mkrtchyan**

70. Online Best and Mkrtchyan use the services provided by Shopify to sell their stolen goods.

71. On May 30, 2025, MacuHealth reported Online Best and Mkrtchyan's illegal activities for selling stolen goods.

72. On May 30, 2025, MacuHealth reported Online Best and Mkrtchyan's trademark infringement for selling stolen, untested, products.

73. Upon receipt of a report for trademark infringement, Shopify notifies the alleged infringer. *See* Exhibit 4, https://help.shopify.com/en/manual/compliance/intellectual-property/trademark-trade-dress-policy.

74. Upon information and belief, Shopify notified Online Best and Mkrtchyan of their infringement and illegal activity.

75. On May 30, 2025, MacuHealth reported Online Best and Mkrtchyan's copyright infringement for using MacuHealth's copyrighted works to sell the stolen goods.

76. Upon receipt of a report for copyright infringement, Shopify notifies the alleged infringer. *See* Exhibit 5, https://help.shopify.com/en/manual/compliance/intellectual-property/copyright-policy.

77. Upon information and belief, Shopify notified Online Best and Mkrtchyan of their copyright infringement.

78. Shopify provides alleged infringers with the opportunity to respond to copyright and trademark infringement notices. *See* Exhibit 4, 5.

79. Online Best and Mkrtchyan did not respond to MacuHealth's notices.

80. On June 4, 2025, Shopify removed the material identified as infringing MacuHealth's copyrights.

81. On June 6, 2025, Shopify removed the material identified as infringing MacuHealth's trademarks.

82. Following the removal of the infringing material, Online Best and Mkrtchyan's store on onevitamin.net did not function.

83. Between June 6, 2025 and June 24, 2025, Online Best and Mkrtchyan restored the store and begun selling counterfeit MacuHealth products again.

84. Mkrtchyan and Online Best know that they are selling stolen goods.

85. Mkrtchyan and Online Best know that they are selling counterfeit goods.

## CLAIM I- TRADEMARK INFRINGMENT
## 15 U.S.C. 1114

86. MacuHealth repeats and incorporates herein each of the preceding paragraphs.

87. MacuHealth is the owner of the trademark "MacuHealth".

88. The trademark "MacuHealth" is registered under U.S. Reg. No. 3655528.

89. Defendants Online Best and Mkrtchyan are using the identical mark "MacuHealth" in commerce.

90. The product Defendants Online Best and Mkrchyan are using are materially different than the MacuHealth product, at least because the product they are selling has not been tested for compliance with the label claim.

91. Defendants' use of the mark "MacuHealth" is likely to cause consumer confusion.

92. Defendants' trademark infringement has been willful.

93. MacuHealth has been injured by the above-described actions.

## CLAIM II- SALE OF STOLEN PROPERTY
## CAL. PEN. CODE § 496

94. MacuHealth repeats and incorporates herein each of the preceding paragraphs.

95. The goods being sold by Online Best and Mkrtchyan are stolen.

96. Online Best and Mkrtchyan know that the goods they are selling are stolen.

97. MacuHealth has been injured by the above-described actions.

## CLAIM III- CONVERSION
## CALIFORNIA COMMON LAW

98. MacuHealth repeats and incorporates herein each of the preceding paragraphs.

99. MacuHealth is the owner and rightful possessor of the MacuHealth bottles in Lot #274401.

100. Defendants have exercised wrongful dominion over the MacuHealth bottles in Lot #274401, at least by selling the bottles in Lot #274401 to its customers.

101. MacuHealth has been damaged by the above-described actions.

## CLAIM IV- VIOLATION OF THE CALIFORNIA UNFAIR COMPETITION LAW
## CAL. BUS. & PROF. CODE § 17200

102. MacuHealth repeats and incorporates herein each of the preceding paragraphs.

103. By stealing the identity of the trucking company in order to divert the MacuHealth bottles in Lot #274401 to California, Defendants have engaged in an unlawful, unfair and fraudulent business practice.

104. By selling the stolen MacuHealth bottles in Lot#274401, Defendants have engaged in an unlawful, unfair, and fraudulent business practice.

105. By selling untested product under MacuHealth's mark, Defendants have engaged in an unlawful, unfair, and fraudulent business practice.

106. MacuHealth has lost money due to Defendants unlawful, unfair, and fraudulent business practices.

## CLAIM V- UNFAIR COMPETITION
## CALIFORNIA COMMON LAW

107. MacuHealth repeats and incorporates herein each of the preceding paragraphs.

108. Online Best and Mkrtchyan are passing off stolen untested MacuHealth product as the genuine MacuHealth product to their customers.

109. MacuHealth has been damaged by the above-described actions.

## PRAYER FOR RELIEF

**WHEREFORE**, MacuHealth prays for relief as follows:

A. For a judgment determining that Online Best and Mkrtchyan have infringed MacuHealth's trademark;

B. For a finding that Online Besrt and Mkrtchyan's trademark infringement has been willful;

C. For a judgment determining that Online Best and Mkrtchyan have sold stolen property in violation of Cal. Pen. Code § 496;

D. For a judgement determining that Online Best and Mkrtchyan have committed conversion in violation of California Common Law;

E. For a judgement determining that Online Best and Mkrtchyan have violated the California Unfair Competition Statute, Cal. Bus. & Prof. Code § 17200;

F. For a judgement determining that Online Best and Mkrtchyan have committed unfair competition in violation of California common law;

G. For a judgment awarding MacuHealth (i) its actual damages, trebled, in an amount to be determined in excess of $75,000, (ii) any profits made by Online Best and Mkrtchyan, (iii) costs of this action including attorneys' fees.

H. For an injunction preliminarily and permanently ordering Online Best and Mkrtchyan to cease selling the infringing products.

I. For an order of replevin directing OnlineBest and Mkrtchyan to return the stolen property to MacuHealth.

## DEMAND FOR JURY TRIAL

Plaintiff MACUHEALTH, LP hereby demands a trial by jury.

Dated: August 20, 2025

HARRINGTON, FOXX, DUBROW & CANTER, LLP

By: /s/ Edward W. Lukas, Jr.
EDWARD W. LUKAS, JR.
*Local Counsel for Plaintiff*
MACUHEALTH, LP

Dated: August 20, 2025

HARNESS, DICKEY & PIERCE PLC

By: /s/ Glenn E. Forbis
GLENN E. FORBIS (*Pro Hac Vice* forthcoming)
JEREMIAH J. FOLEY (*Pro Hac Vice* forthcoming)
Attorneys for Plaintiff MACUHEALTH, LP