# EXHIBIT 1





    

  

 

