**EXHIBIT 2**



US POSTAGE PAID IMI
05/07/25
FROM 91605
3 lbs 0 ozs
ZONE 3



Pitney Bowes
CommPrice
NO SURCHARGE

USPS PRIORITY MAI

sp3
ONLINE BEST LLC 12226
DEHOUGNE ST
NORTH HOLLYWOOD CA
91605



Angela Dart
23601 N 41st Ave
Glendale AZ 85310-4084

USPS TRACKING #

