**EXHIBIT 3**

