# EXHIBIT 5

**shopify** help center                                                                    English

Search or ask a question

Contents ⌄  |  Home  >  Compliance  >  Intellectual property

# Reporting copyright infringement or responding to a copyright notice

On this page, you can find information about Shopify's copyright policy, how to report copyright infringement, and how to respond to a copyright notice.

## On this page

- Shopify's copyright policy
- Reporting copyright infringement
- Responding to a DMCA copyright notice

## Shopify's copyright policy

Shopify complies with the Digital Millennium Copyright Act (DMCA) and responds to claims of copyright infringement using DMCA procedures, including the law's process of notice and counter notice for claimed copyright infringement:

- If Shopify receives what it reasonably believes to be a complete and valid notice of alleged copyright infringement regarding content on a store, then it will generally remove the reported content from its platform and will inform the affected merchant via their Shopify admin.
- Shopify will give the merchant an opportunity to send a counter notice explaining why they think the content was removed in error. If the counter notice is valid, then a merchant will generally be allowed to repost the content in 10 to 14 business days.
- In some instances, Shopify may decline to remove the reported content or, if it has been removed, allow the merchant to repost the content immediately.
- Shopify has a policy of terminating stores for repeat infringement in appropriate circumstances, such as where it has received several notices of alleged infringement that are

**shopify** help center

- egregious infringement.
- The submission of false or bad faith notices of claimed infringement or counter notices is punishable by law. Those harmed by such notices, including Shopify itself, may sue for damages and attorneys' fees.

## Reporting copyright infringement

Shopify's online form ↗ is the most efficient way to submit a notice of alleged copyright infringement. All notices must include the following information for Shopify to be able to take action:

- Your legal name and contact information.
- Direct links to the original copyrighted work claimed to be infringed. If you don't have a direct link, then you can provide a description of your work.
- Direct links to the specific content on Shopify that you believe infringes your copyright. A list of each individual page containing the content is required. A general shop link will not be accepted.
- Description of the content that you believe infringes your copyright and where it appears in the link, such as which images, videos, gifs, and text.
- Confirmation that:
  - You have a good faith belief that use of the content in the manner complained of isn't authorized by the copyright owner, its agent, or the law.
  - All of the information in the notice is accurate.
- A statement, under penalty of perjury, that you're the copyright owner or are authorized to act on behalf of the owner.
- Your physical or electronic signature.

If you can't use the online form, then you can send a notice with the required information to Shopify's designated agent at:

Shopify Trust & Safety
Shopify Inc.

151 O'Connor Street

Ground floor

Ottawa, Ontario

K2P 2L8



Email: legal@shopify.com

> 📝 **Note**
>
> A copy of any notice that you submit, including any contact information provided, may be provided to the person that posted the content being reported.

## Responding to a DMCA copyright notice

### I received a copyright notice for content on my storefront. Now what?

If Shopify receives what it reasonably believes to be a complete and valid notice of alleged copyright infringement regarding content on your store, then you'll get a notification in your Shopify admin letting you know the specific content that was reported and when it will be removed. You then have two options:

- If you review the notice and agree you don't have the right to use the content, then no further action is necessary. Shopify will remove the content and it will remain offline unless you receive approval from the copyright holder.
- If you review the notice and believe the content was removed as a result of mistake or misidentification, then you can file a DMCA counter notice.

### How do I file a DMCA counter notice?

You can send a counter notice to us through a form in your Shopify admin. Your counter notice must include all of the following information to be considered:

- The legal name and sufficient contact information of the person submitting the counter notice.
- Identification of the content that has been removed and the original location of the content before it was removed.
- A statement that you consent to the jurisdiction of Federal District Court for the judicial district in which your address is located or, if your address is located outside of the United States, you consent to jurisdiction of the Federal District Court for the District of Delaware.
- A statement that you will accept service of process from the party who submitted the copyright notice or its agent.
- A statement under penalty of perjury that you have good faith belief that the content was removed as a result of a mistake or misidentification.
- Your physical or electronic signature.

**shopify** help center

Shopify Trust & Safety

Shopify Inc.

151 O'Connor Street

Ground floor

Ottawa, Ontario

K2P 2L8

Canada

Email: legal@shopify.com

## What happens after I file a DMCA counter notice?

When you submit a valid counter notice, we'll remove the complaint from your Shopify account record and send a copy of your counter notice to the party that submitted the copyright notice. If they take legal action against you and send us notice of that action within 10-14 business days, then the content may remain down. If we don't receive notice of legal action within that period, then we'll notify you and the disputed content may be reposted.

Leave feedback

Can't find the answers you're looking for? We're here to help.

Contact Support

