NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Edward W. Lukas, Jr., State Bar No. 155214
HARRINGTON, FOXX, DUBROW & CANTER, LLP
535 N. Brand Blvd. Suite 800
Glendale, California 91203
Telephone (213) 489-3222
E-mail: elukas@hfdclaw.com

ATTORNEY(S) FOR: Plaintiff MACUHEALTH, LP

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MACUHEALTH, LP <br><br> Plaintiff(s), <br><br> v. <br><br> ONLINE BEST, LLC, and JON MKRTCHYAN <br><br> Defendant(s) | CASE NUMBER: <br><br><br> **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** <br> **(Local Rule 7.1-1)** |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____ MACUHEALTH, LP _____
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| MACUHEALTH, LP | Plaintiff |
| ONLINE BEST, LLC | Defendant |
| JON MKRTCHYAN | Defendant |

August 20, 2025
Date

/s/ EDWARD W. LUKAS, JR.
Signature

Attorney of record for (or name of party appearing in pro per):

Plaintiff MACUHEALTH, LP

CV-30 (05/13)                      **NOTICE OF INTERESTED PARTIES**