Edward W. Lukas Jr. State Bar No. 155214
HARRINGTON, FOXX, DUBROW & CANTER, LLP
535 N. Brand Boulevard, Suite 800
Glendale, CA 91203
Telephone (213) 489-3222
Facsimile (213) 623-7929
E-mail: elukas@hfdclaw.com

Glenn E. Forbis (*Pro Hac Vice* forthcoming)
Jeremiah J. Foley (*Pro Hac Vice* forthcoming)
Harness, Dickey & Pierce PLC
5445 Corporate Drive, Suite 200
Troy, MI  48098
248-641-1600
gforbis@harnessip.com
jfoley@harnessip.com

Attorneys for Plaintiff MACUHEALTH, LP

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MACUHEALTH, LP<br><br>    Plaintiff,<br><br>- v.-<br><br>ONLINE BEST, LLC, and<br>JON MKRTCHYAN,<br><br>    Defendants. | Case No.: 2:25-cv-07803-JLS-MAR<br><br>**[Proposed] Temporary Restraining Order** |

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Temporary Restraining Order is GRANTED on _____, 2025 at ____ [am/pm]. This Court has found that MacuHealth, LP is likely face irreparable damage to its brand from the sales of the untested lot of MacuHealth being sold by Defendants and will likely face irreparable damage due to price erosion due to the low cost of the stolen goods.

**IT IS FURTHER ORDERED THAT:**

1. Online Best, LLC and its officers, directors, agents, servants, employees, affiliates, successors, shareholders, assigns and attorneys, including Jon Mkrtchyan, as well as all those in active concert or participation with them, including Shopify, are temporarily enjoined and restrained from

    a. selling MacuHealth products from the stolen lot # 274401.
    b. moving, transferring, withdrawing, or paying any funds - wherever located, including in credit and debit card, or payment processing accounts, or any accounts held at banks or other financial institutions - that were used in connection with any of the e-commerce shopping site onevitamin,net, in connection with the sale of the MacuHealth bottles in stolen lot # 274401.
    c. Transferring ownership of the e-commerce store located at onevitamin.net.
    d. Deleting, obscuring, or transferring computer files related to the use of e-commerce store onevitamin.net or any other storefronts that were involved in the sale of items from the stolen lot # 274401.
    e. Instructing any other person or entity to engage in any of the activities enjoined by this order.

2. Online Best, LLC and Jon Mkrtchyan shall:

    a. deliver all bottles of the MacuHealth product in the stolen lot # 274401 to MacuHealth, LP within seven (7) days of this order.
    b. within seven (7) days send a notice to every customer to whom it has sold MacuHealth products from the stolen lot #274401 stating "Per a Court order issued on _____ in Case No. 2:25-cv-07803-JLS-MAR in the Central District of California, I am required to inform you that the MacuHealth bottle you have purchased from me is from a lot that was stolen prior to being tested for compliance with MacuHealth's label claim. It is a counterfeit, untested, product. MacuHealth cannot verify that the product you purchased from me meets its label claim and requests that you send the product you

purchased to MacuHealth's distribution center located at 1 E Deer Valley Rd, Ste 209, Phoenix, AZ 85024".

    c. within eight (8) days file an affidavit signed under oath confirming that they have complied with this order.

3. Within seven (7) days upon receipt of this Order, Shopify shall:

    a. Freeze and refuse access to Defendants to any accounts, funds held in accounts, or merchant debit and credit card accounts that received proceeds from the e-commerce site located at onevitamin.net.

    b. Preserve all account records and any associated data (including without limitation any content, posts, reviews, comments, communications, messages, or statements) for any shopping sites, social media pages, groups, or accounts, operated or controlled by Defendants.

    c. Identify to MacuHealth any accounts, individuals, or entities, to which funds were transferred from accounts or merchant credit and debit card accounts that were used in or received proceeds from the e-commerce site located at onevitamin.net.

    d. Disable and suspend the e-commerce site located at onevitamin.net and any other e-commerce site Defendants use to sell MacuHealth.

    e. Produce to MacuHealth records sufficient to identify all names, accounts, addresses, email addresses, phone numbers, and any other contact information for all individuals that share or hold control over any account owned or operated by the Defendants.

    f. Produce to MacuHealth the most recent twelve months of statements for any account over which Defendants have or share control that, during the statement period, contained any funds or assets.

    g. within eight (8) days provide an affidavit signed under oath confirming that they have complied with this order to MacuHealth, LP through its counsel.

This order shall expire fourteen (14) days after its entry.

**IT IS SO ORDERED**

Dated: _____

29281255.1