# EXHIBIT 2

Edward W. Lukas Jr. State Bar No. 155214
HARRINGTON, FOXX, DUBROW & CANTER, LLP
535 N. Brand Boulevard, Suite 800
Glendale, CA 91203
Telephone (213) 489-3222
Facsimile (213) 623-7929
E-mail: elukas@hfdclaw.com

Glenn E. Forbis (*Pro Hac Vice* forthcoming)
Jeremiah J. Foley (*Pro Hac Vice* forthcoming)
Harness, Dickey & Pierce PLC
5445 Corporate Drive, Suite 200
Troy, MI 48098
248-641-1600
gforbis@harnessip.com
jfoley@harnessip.com

Attorneys for Plaintiff MACUHEALTH, LP

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MACUHEALTH, LP<br><br>    Plaintiff,<br><br>- v.-<br><br>ONLINE BEST, LLC, and<br>JON MKRTCHYAN,<br><br>    Defendants. | Case No.: 2:25-cv-07803 -JLS-MAR<br><br>**Declaration of Federic Jouhet in Support of MacuHealth, LP's Motion for a Temporary Restraining Order** |

       I, Federic Jouhet, declare as follows:

    1.    I am over the age of 18, and I make the following statements based upon my own personal knowledge. These statements are true and accurate to the best of my knowledge.

    2.    I am the Founder and CEO of MacuHealth, LP (hereinafter "MacuHealth").

    3.    MacuHealth's flagship product, called MacuHealth, is a nutritional supplement which promotes ocular health.

4. MacuHealth owns the registered trademark for MacuHealth. It is registered under registration number 3655528.

5. MacuHealth contains a 10:10:2 ratio of lutein, zeaxanthin, and meso-zeaxanthin, a ratio clinically demonstrated to increase macular pigment density, which supports ocular health.

6. MacuHealth ensures that its product has this 10:10:2 ratio of lutein, zeaxanthin, and meso-zeaxanthin by testing samples of each lot after it receives the lot from its manufacturer.

7. MacuHealth does not release its product for sale unless the testing shows that the lot meets the label claim.

8. In October of 2024, Lot #274401 was stolen from MacuHealth.

9. The bottles of MacuHealth in Lot #274401 were to be delivered from MacuHealth's manufacturer to MacuHealth's distribution facility in Arizona.

10. A thief, upon information and belief Defendant John Mkrtchyan ("Mkrtchyan"), hacked into the trucking company's system and redirected the shipment to a warehouse near his home in Los Angeles.

11. As the bottles in Lot #274401 were stolen before they arrived at MacuHealth's distribution facility in Arizona, they were not tested as MacuHealth products normally are prior to sale.

12. Bottles in Lot #274401 had MacuHealth's label, and they look no different from the finished product for sale around the United States.

13. The manufacturer laser prints the lot number on the bottom of each bottle of MacuHealth.

14. The only way to differentiate a bottle of the untested, stolen, MacuHealth bottles is to look at the bottom of the bottle and see if it has Lot #274401.

**The Product from OneVitamin.net**

15. In May 2025 MacuHealth discovered a website called OneVitamin.net appearing to sell MacuHealth at a steep discount. A bottle of MacuHealth costs $82.50. The MacuHealth product being sold on OneVitamin.net was being sold for $20. The store on OneVitamin.net used Shopify to serve its customers.

16. To investigate, a MacuHealth employee purchased a bottle of the product sold on OneVitamin.net.

17. The employee received a package from Online Best, LLC according to the return address. A photograph of the package showing the return address is attached as Exhibit A, hereto.

18. The package contained three bottles of MacuHealth. The bottles bore the MacuHealth label and appeared no different than any other MacuHealth bottle currently for sale.

19. The bottles were labeled with Lot #24407. A photograph of the lot numbers on the bottles from Online Best is attached as Exhibit B, hereto.

20. All bottles of MacuHealth with Lot #24407 printed on the bottom were stolen. The product Online Best and Mkrtchyan are selling were stolen.

21. No bottles of MacuHealth with Lot #24407 were tested to verify they had the 10:10:2 ratio of lutein, zeaxanthin, and meso-zeaxanthin. The product Online Best and Mkrtchyan are selling is not tested for compliance with the label claim.

**Irreparable Harm to MacuHealth**

22. MacuHealth prides itself on providing its customers a product with the 10:10:2 ratio of lutein, meso-zeaxanthin, and zeaxanthin, clinically demonstrated to increase macular pigment density.

23. MacuHealth ensures that the product it sells under its brand contains this 10:10:2 ratio.

24. The MacuHealth name assures customers that every bottle of the MacuHealth product includes capsules with the 10:10:2 ratio.

25. MacuHealth has not been able to ensure that the MacuHealth branded product being sold by Online Best contains this 10:10:2 ratio because it was stolen from MacuHealth's manufacturer before MacuHealth was able to conduct its sample testing.

26. Consequently, MacuHealth cannot be sure products in Lot #244407 contain the 10:10:2 ratio.

27. If Online Best is allowed to keep selling the untested, stolen, MacuHealth product, it is possible that potential customers of MacuHealth may unknowingly consume supplements that do not provide the clinically demonstrated benefits of MacuHealth and that are associated with the MacuHealth name.

28. Potential customers of MacuHealth may not see the intended results due to Online Best's product possibly not having the 10:10:2 ratio.

3
Declaration of Federic Jouhet in Support of Temporary Restraining Order

29. MacuHealth's reputation may be damaged by Online Best's sales of the untested, stolen, product and may lose customers due to this damage to its reputation.

30. Online Best sells its stolen, untested, product for 25% of the retail price of MacuHealth.

31. If Online Best continues to sell its stolen, untested, product at this steep discount, Customers may come to expect that a bottle of MacuHealth can be purchased for $20.

32. Online Best's continued sales of the stolen and untested product would put downward pressure on the product MacuHealth sells.

33. It is impossible to calculate the damages caused by the loss of reputation and price erosion caused by Online Best's sale of stolen untested product.

34. This harm is best ended by returning the stolen property into MacuHealth's possession. This would keep the stolen, untested goods out of the marketplace. It is MacuHealth's property and it is up to MacuHealth to decide what is to be done with the property.

I declare under penalty of perjury that the forgoing is true and correct.

Dated:

_____
Federic Jouhet
CEO and Founder
MacuHealth, LP

29281298.1

# EXHIBIT A



# EXHIBIT B

