Edward W. Lukas Jr. State Bar No. 155214
HARRINGTON, FOXX, DUBROW & CANTER, LLP
535 N. Brand Boulevard, Suite 800
Glendale, CA 91203
Telephone (213) 489-3222
Facsimile (213) 623-7929
E-mail: elukas@hfdclaw.com

Glenn E. Forbis (*Pro Hac Vice* forthcoming)
Jeremiah J. Foley (*Pro Hac Vice* forthcoming)
Harness, Dickey & Pierce PLC
5445 Corporate Drive, Suite 200
Troy, MI 48098
248-641-1600
gforbis@harnessip.com
jfoley@harnessip.com

Attorneys for Plaintiff MACUHEALTH, LP

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MACUHEALTH, LP<br><br>Plaintiff,<br><br>- v.-<br><br>ONLINE BEST, LLC, and<br>JON MKRTCHYAN,<br><br>Defendants. | Case No.: 2:25-cv-07803-JLS-MAR<br><br>**Declaration of Jeremiah Foley in Support of MacuHealth, LP's Application for a Temporary Restraining Order** |

I, Jeremiah Foley, declare as follows:

1. I am over the age of 18, and I make the following statements based upon my own personal knowledge. These statements are true and accurate to the best of my knowledge.

2. I am an attorney representing MacuHealth, LP in this action.

3. I sent an email providing notice of the of the request for a temporary restraining order in this action to the following email addresses: admin@onevitamin.net;

jonathanjohnmkrtchyan@gmail.com; jonathanmkrtchyan@gmail.com; jonathanmkrtchyan@yahoo.com; and jjmkrtchyan@gmail.com.

4. I believe that the above email addresses are likely to give the Defendants notice of the application for temporary restraining order.

5. Online Best, LLC and Jon Mkrtchyan are selling the bottles from the stolen MacuHealth lot on the website onevitamin.net. The website provides the email address admin@onevitamin.net for questions on refund requests. *See* https://www.onevitamin.net/pages/refund-policy.

6. A Lexis public records search for Jon Mkrtchyan indicated that the email addresses jonathanjohnmkrtchyan@gmail.com; jonathanmkrtchyan@gmail.com; jonathanmkrtchyan@yahoo.com; and jjmkrtchyan@gmail.com were used by someone named Jon Mkrtchyan who lives in Los Angeles.

7. A Lexis Public Records search also associated the phone number 818-636-5993 with Online Best, LLC. I called this number and confirmed I was speaking to Online Best, LLC and Mr. Mkrtchyan. I informed him that I represent MacuHealth, LP and that we are moving for a temporary restraining order. He said he did not sell the product and then hung up on me.

8. Further, I provided a notice of this application for a temporary restraining order through the contact us form provided on the onevitamin.net website. https://www.onevitamin.net/pages/contact-1.

9. Notice should not be required in these circumstances. Mr. Mkrtchyan's and Online Best, LLC's activities are causing immediate and irreparable injury to MacuHealth and the public. Online Best, LLC appears to have no brick-and-mortar facility, and operates wherever Mr. Mkrtchyan resides. We believe that Mr. Mkrtchyan is personally responsible for the theft of the product he is selling. Individuals who behave like this are not likely to respect court orders.

10. Based on these facts, I do not believe that Mr. Mkrtchyan or Online Best, LLC will respond to this action. They did not respond to our complaints via Shopify and kept selling the product. When I spoke with Mr. Mkrtchyan he denied selling it and hung up on me. I have no reason to believe that they will not continue the pattern of not responding to us. There will likely be no benefit to providing them an opportunity to respond as they will likely not show up for the hearing anyway. The requested order will apply to Shopify and will get it to stop providing its services to Online Best, LLC and Mr. Mkrtchyan, thereby preventing further untested product from reaching the public and causing further

irreparable harm to MacuHealth. It will also freeze their accounts, providing a possibility that MacuHealth will be able to disgorge Online Best, LLC and Mr. Mkrtchyan of their ill-gotten gains following the likely default judgment.

Dated: August 20, 2025

*Jeremiah Foley*
Jeremiah Foley
Associate Attorney
HarnessIP

29305941.1