# EXHIBIT 4

Edward W. Lukas Jr. State Bar No. 155214
HARRINGTON, FOXX, DUBROW & CANTER, LLP
535 N. Brand Boulevard, Suite 800
Glendale, CA 91203
Telephone (213) 489-3222
Facsimile (213) 623-7929
E-mail: elukas@hfdclaw.com

Glenn E. Forbis (*Pro Hac Vice* forthcoming)
Jeremiah J. Foley (*Pro Hac Vice* forthcoming)
Harness, Dickey & Pierce PLC
5445 Corporate Drive, Suite 200
Troy, MI 48098
248-641-1600
gforbis@harnessip.com
jfoley@harnessip.com

Attorneys for Plaintiff MACUHEALTH, LP

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MACUHEALTH, LP<br><br>    Plaintiff,<br><br>- v.-<br><br>ONLINE BEST, LLC, and<br>JON MKRTCHYAN,<br><br>    Defendants. | Case No.: 2:25-cv-07803-JLS-MAR<br><br>**[Proposed] Order to Show Cause Why a Preliminary Injunction Should Not Issue** |

**IT IS HEREBY ORDERED** that Defendants Online Best, LLC and Jon Mkrtchyan shall SHOW CAUSE why a preliminary injunction should not issue within seven (7) days of this order.

**IT IS SO ORDERED**

Dated: _____

_____
U.S. DISTRICT JUDGE