UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 2:25-cv-07803-JLS-MAR            Date: August 29, 2025
Title: Macuhealth, LP v. Online Best, LLC et al.

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Kelly Davis | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

Not Present                                   Not Present

**PROCEEDINGS:** (IN CHAMBERS) ORDER DENYING PLAINTIFF'S APPLICATION FOR TEMPORARY RESTRAINING ORDER (Doc. 16)

       Before the Court is an *Ex Parte* Application for a Temporary Restraining Order ("TRO") and Order to Show Cause filed by Plaintiff Macuhealth, LP against Defendants Online Best, LLC and Jon Mkrtchyan. (TRO Application, Doc. 16.) Having reviewed and considered the papers, the Court DENIES Plaintiff's Application.

       Like a preliminary injunction, a temporary restraining order is "an extraordinary remedy that may only be awarded upon a clear showing that the plaintiff is entitled to such relief." *See Winter v. Nat. Res. Def. Council, Inc.*, 555 U.S. 7, 22 (2008). Under Federal Rule of Civil Procedure 65, the Court may issue a TRO without written or oral notice only if (1) "specific facts in an affidavit or a verified complaint clearly show that immediate and irreparable injury, loss, or damage will result to the movant before the adverse party can be heard in opposition" and (2) "the movant's attorney certifies in writing any efforts made to give notice and the reasons why it should not be required." Fed. R. Civ. P. 65(b)(1). The Court is concerned about the sufficiency of notice given to Defendants, and Plaintiff does not provide adequate reasons justifying the insufficient notice of its Application.

       Plaintiff filed its complaint on August 20, 2025[1], and filed the Application on August 26, 2025. (Compl., Doc. 1; TRO Application.) In a declaration dated August 20,

---

[1] The proofs of service filed on August 29, 2025 reflect service of the summons and complaint on August 27, 2025. (Doc. 18 and 19.)

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 2:25-cv-07803-JLS-MAR                                    Date: August 29, 2025
Title: Macuhealth, LP v. Online Best, LLC et al.

2025, Plaintiff's counsel states that he sent emails to various addresses that he believes "are likely to give the Defendants notice" of the Application. (Foley Decl. ¶¶ 3–4, Doc. 16-3.) He also called Defendants and submitted a form on Defendant Online Best, LLC's website. (*Id.* ¶¶ 7–8.) However, Plaintiff's counsel has not provided the Court with either the date or the contents of his communications to Defendants. The Court therefore cannot determine the sufficiency of the notice provided, including whether the notice included a copy of the TRO Application, or whether it informed Defendants of the date the Application would be filed and that they had 24 hours to oppose. (*See* Procedures Page § 3 (as incorporated by the Standing Order, Doc. 17 at 2) (requiring an ex parte applicant to "notify the opposing party that any opposition must be filed no later than 24 hours after service").)

    For these reasons, Plaintiff's Application is DENIED.

Initials of Preparer:  kd