Narek Zohrabyan (CA BAR NO. 290385)
**Phil IP Law Inc.**
1055 East Colorado, Suite 500
Pasadena, California 91106
Telephone: (619) 929-0606
Email: nzoh@philip.law

Attorney for Defendants ONLINE BEST, LLC and Jon Mkrtchyan

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MACUHEALTH, LP,<br><br>Plaintiff,<br><br>vs.<br><br>ONLINE BEST, LLC, and JON MKRTCHYAN,<br><br>Defendants. | Case No. 2:25-cv-07803<br><br>District Judge:<br>  Hon. Josephine L. Staton<br><br>Magistrate Judge:<br>  Hon. Margo A. Rocconi<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Action Filed: Aug 20, 2025<br>Complaint Served: Aug 27, 2025<br>Current Response Date: September 17, 2025<br>New Response Date: October 17, 2025 |

# STIPULATION

Pursuant to Local Rule 8-3, Plaintiff MACUHEALTH, LP ("Plaintiff") and Defendants Online Best, LLC, and Jon Mkrtchyan ("Defendant"), through their undersigned counsel, hereby stipulate as follows:

WHEREAS, on Aug 20, 2025, Plaintiff filed its Complaint in this action;

WHEREAS, Plaintiff served its Complaint on Defendant on Aug 27, 2025;

WHEREAS, Defendant's deadline to respond to the Complaint is currently September 17, 2025;

WHEREAS, pursuant to Local Rule 8-3, the parties have conferred and agreed to extend Defendant's deadline to respond to the Complaint by 30 days to October 17, 2025;

IT IS HEREBY STIPULATED AND AGREED by the parties, through their counsel, that Defendant's deadline to answer or otherwise respond to Plaintiff's Complaint is extended to October 17, 2025.


Dated:     September 15, 2025      Narek Zohrabyan
                                   **PHIL IP LAW INC.**


                                   By: /s/ Narek Zohrabyan
                                       NAREK ZOHRABYAN
                                       Attorneys for Defendant


Dated:     September 15, 2025      Glenn E. Forbes
                                   **HARNESS, DICKEY & PIERCE PLC**



                                   By: /s/ Glenn E. Forbes
                                       GLENN E. FORBES
                                       Attorneys for Plaintiff

- 1 -

STIP. TO EXTEND TIME TO RESPOND TO INITIAL COMPL. BY NOT MORE THAN 30 DAYS

**Attestation Regarding Signatures**

I, Narek Zohrabyan, am the filer of the foregoing STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3), and attest that all signatories listed, and on whose behalf the filing is submitted, concur in this filing's content and that I have obtained authorization to file this document with the "/s" electronic signatures appearing within the foregoing document.

By: /s/ Narek Zohrabyan
Narek Zohrabyan
Attorneys for Defendant