Edward W. Lukas, Jr., State Bar No. 155214
HARRINGTON, FOXX, DUBROW & CANTER, LLP
535 N. Brand Blvd., Suite 800
Glendale, CA 91203
Telephone (213) 489-3222

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MACUHEALTH, LP | **CASE NUMBER** |
| Plaintiff(s) | Click here to enter the case number. |
| v. | |
| ONLINE BEST, LLC, and JON MKRTCHYAN | **(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |
| Defendant(s). | |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Foley, Jeremiah J.
*Applicant's Name (Last Name, First Name & Middle Initial*

248-641-1600       248-641-0270
*Telephone Number*       *Fax Number*

jfoley@harnessip.com
*E-Mail Address*

of

Harness, Dickey & Pierce, P.L.C.
5445 Corporate Drive, Suite 200
Troy, MI 48098

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

MACUHEALTH, LP

*Name(s) of Party(ies) Represent*   ✓ *Plaintiff(s)*  ☐ *Defendant(s)*  ☐ *Other:*

**and designating as Local Counsel**

Edward W. Lukas, Jr.
*Designee's Name (Last Name, First Name & Middle Initial*

155214       213-489-3222       213-623-7929
*Designee's Cal. Bar No.*    *Telephone Number*    *Fax Number*

elukas@hfdclaw.com
*E-Mail Address*

of

Harrington, Fox, Dubrow, & Canter, LLP
535 N. Brand Blvd., Suite 800
Glendale, CA 91203

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED

☐ DENIED:
- ☐ for failure to pay the required fee.
- ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
- ☐ for failure to complete Application: _____
- ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
- ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
- ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

**Dated:** Click here to enter a date.

**U.S. District Judge/U.S. Magistrate Judge**