1
2
3
4
5
6
7
8
9

**UNITED STATES DISTRICT COURT**

10

**CENTRAL DISTRICT OF CALIFORNIA**

11
12

MACUHEALTH, LP,

13

　　　　　Plaintiff,

14
15

vs.

16

ONLINE BEST, LLC, and JON
MKRTCHYAN,

17
18
19

　　　　　Defendants.

20
21
22
23
24
25
26
27
28

Case No.  2:25-cv-07803

District Judge:
　　Hon. Josephine L. Staton

Magistrate Judge:
　　Hon.  Margo A. Rocconi

**[PROPOSED] ORDER GRANTING
STIPULATED JOINT MOTION TO
EXTEND TIME FOR DEFENDANT
TO RESPOND TO COMPLAINT**

Action Filed: Aug 20, 2025
Complaint Served: Aug 27, 2025
Original Response Date: September 17,
2025
Current Response Date: October 17,
2025
Proposed Response Date: November 17,
2025

---

# [PROPOSED] ORDER

Pursuant to the parties' Stipulated Joint Motion to Extend Time for Defendant to Respond to Complaint on file in this action, and good cause appearing therefore, and pursuant to the Court's inherent power:

Defendant's deadline to answer or otherwise respond to the complaint in the above-captioned matter shall be extended to November 17, 2025.

**IT IS SO ORDERED.**

Dated: _____

_____

Hon. Josephine L. Staton

United States District Judge

[PROPOSED] ORDER GRANTING JOINT MOTION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO COMPLAINT