1
2
3
4
5
6
7
8
9

# UNITED STATES DISTRICT COURT

10

## CENTRAL DISTRICT OF CALIFORNIA

11
12

MACUHEALTH, LP,

13

　　　　　Plaintiff,

14
15

vs.

16

ONLINE BEST, LLC, and JON MKRTCHYAN,

17
18
19

　　　　　Defendants.

20
21
22
23
24
25
26
27
28

Case No.  2:25-cv-07803

District Judge:
　　Hon. Josephine L. Staton

Magistrate Judge:
　　Hon.  Margo A. Rocconi

**[PROPOSED] ORDER GRANTING STIPULATED JOINT MOTION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO COMPLAINT**

Action Filed: Aug 20, 2025
Complaint Served: Aug 27, 2025
Original Response Date: September 17, 2025
Current Response Date: November 17, 2025
Proposed Response Date: December 17, 2025

1

**[PROPOSED] ORDER**

2       Pursuant to the parties' Stipulated Joint Motion to Extend Time for

3 Defendant to Respond to Complaint on file in this action, and good cause appearing

4 therefore, and pursuant to the Court's inherent power:

5       Defendant's deadline to answer or otherwise respond to the complaint in the

6 above-captioned matter shall be extended to December 17, 2025.

7       **IT IS SO ORDERED.**

8

9 Dated: _____

10

11

12

13

_____

14                        Hon. Josephine L. Staton

15                       United States District Judge

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING JOINT MOTION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO COMPLAINT