**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MACUHEALTH, LP,<br><br>Plaintiff,<br><br>v.<br><br>ONLINE BEST, LLC, and JON MKRTCHYAN,<br><br>Defendants. | Case No. 2:25-cv-07803-JLS-MAR<br><br>**ORDER GRANTING STIPULATED JOINT MOTION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO COMPLAINT (DOC. 30)** |

1  Having considered the parties' Stipulated Joint Motion to Extend Time for
2  Defendant to Respond to Complaint (Doc. 30), and good cause appearing therefore,
3  the Court GRANTS the Stipulation.  Defendant's deadline to answer or otherwise
4  respond to the complaint in the above-captioned matter shall be extended to
5  **December 17, 2025**.

Dated: November 19, 2025

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE