Narek Zohrabyan (CA BAR NO. 290385)
**Phil IP Law Inc.**
500 N Brand Blvd., Suite 1690
Glendale, California 91203
Telephone: (619) 929-0606
Email: nzoh@philip.law

Attorney for Defendants ONLINE BEST, LLC and Jon Mkrtchyan

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MACUHEALTH, LP,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ONLINE BEST, LLC, and JON MKRTCHYAN,<br><br>　　　　Defendants. | Case No. 2:25-cv-07803<br><br>District Judge:<br>　　Hon. Josephine L. Staton<br><br>Magistrate Judge:<br>　　Hon. Margo A. Rocconi<br><br>**STIPULATED JOINT MOTION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT**<br><br>Action Filed: Aug 20, 2025<br>Complaint Served: Aug 27, 2025<br>Original Response Date: September 17, 2025<br>Current Response Date: December 17, 2025<br>Proposed Response Date: January 16, 2026 |

STIPULATED JOINT MOTION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT

## STIPULATION

Plaintiff Macuhealth, LP ("Plaintiff") and Defendants Online Best, LLC, and Jon Mkrtchyan ("Defendant"), through their undersigned counsel, jointly stipulate and move this Court to extend the deadline for Defendant to respond to the Complaint as follows:

WHEREAS, on Aug 20, 2025, Plaintiff filed its Complaint in this action;

WHEREAS, Plaintiff served its Complaint on Defendant on Aug 27, 2025;

WHEREAS, Defendant's original deadline to respond to the Complaint was September 17, 2025;

WHEREAS, pursuant to Local Rule 8-3, the parties conferred and agreed to extend Defendant's deadline to respond to the Complaint by 30 days from the date the response was initially due, resulting in a new deadline of December 17, 2025;

WHEREAS, the parties have been engaged in settlement discussions for a potential early resolution of this matter; and

WHEREAS, the parties believe that settlement is imminent and that it would be worthwhile to continue engaging in settlement discussions, thereby having shown good cause.

NOW THEREFORE, the parties hereby jointly stipulate to the proposed extension and respectively request that the Court enter Friday, **January 16, 2026**, as the new date for Defendants to answer or otherwise respond to the Complaint.

//
//
//
//
//
//
//
//

| | | | |
|---|---|---|---|
| 1 | | | |
| 2 | Dated: | December 17, 2025 | Narek Zohrabyan |
| 3 | | | **PHIL IP LAW INC.** |
| 4 | | | |
| 5 | | | By: /s/ Narek Zohrabyan |
| 6 | | | NAREK ZOHRABYAN |
| 7 | | | Attorneys for Defendant |
| 8 | | | |
| 9 | Dated: | December 17, 2025 | Glenn E. Forbes |
| | | | **HARNESS, DICKEY & PIERCE PLC** |
| 10 | | | |
| 11 | | | |
| 12 | | | By: /s/ Glenn E. Forbes |
| 13 | | | GLENN E. FORBES |
| | | | Attorneys for Plaintiff |

- 3 -
STIPULATED JOINT MOTION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT

**Attestation Regarding Signatures**

I, Narek Zohrabyan, am the filer of the foregoing STIPULATED JOINT MOTION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT, and attest that all signatories listed, and on whose behalf the filing is submitted, concur in this filing's content and that I have obtained authorization to file this document with the "/s" electronic signatures appearing within the foregoing document.

By: */s/ Narek Zohrabyan*
Narek Zohrabyan