1
2
3
4
5
6
7
8
9

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

10
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MACUHEALTH, LP,

            Plaintiff,

vs.

ONLINE BEST, LLC, and JON MKRTCHYAN,

            Defendants.

Case No.  2:25-cv-07803

District Judge:
            Hon. Josephine L. Staton

Magistrate Judge:
            Hon.  Margo A. Rocconi

**[PROPOSED] ORDER GRANTING STIPULATED JOINT MOTION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO COMPLAINT**

Action Filed: Aug 20, 2025
Complaint Served: Aug 27, 2025
Original Response Date: September 17, 2025
Current Response Date: December 17, 2025
Proposed Response Date: January 16, 2026

# [PROPOSED] ORDER

Pursuant to the parties' Stipulated Joint Motion to Extend Time for Defendant to Respond to Complaint on file in this action, and good cause appearing therefore, and pursuant to the Court's inherent power:

Defendant's deadline to answer or otherwise respond to the complaint in the above-captioned matter shall be extended to January 16, 2026.

**IT IS SO ORDERED.**

Dated: _____

_____

Hon. Josephine L. Staton

United States District Judge

- 2 -