**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MACUHEALTH, LP,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ONLINE BEST, LLC, and JON MKRTCHYAN,<br><br>　　　　Defendants. | Case No. 2:25-cv-07803-JLS<br><br>District Judge:<br>　Hon. Josephine L. Staton<br><br>Magistrate Judge:<br>　Hon. Margo A. Rocconi<br><br>**ORDER GRANTING STIPULATED JOINT MOTION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO COMPLAINT [32]**<br><br>Action Filed: Aug 20, 2025<br>Complaint Served: Aug 27, 2025<br>Original Response Date: September 17, 2025<br>Current Response Date: December 17, 2025<br>Proposed Response Date: January 16, 2026 |

ORDER GRANTING STIPULATED JOINT MOTION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO COMPLAINT

## ORDER

Pursuant to the parties' Stipulated Joint Motion to Extend Time for Defendant to Respond to Complaint on file in this action, and good cause appearing therefore, and pursuant to the Court's inherent power:

Defendant's deadline to answer or otherwise respond to the complaint in the above-captioned matter shall be extended to January 16, 2026.

**IT IS SO ORDERED.**

Dated: December 18, 2025

*Josephine L. Staton*
_____
Hon. Josephine L. Staton
United States District Judge