Edward W. Lukas, Jr.
Harrington, Foxx, Dubrow & Canter, LLP
535 North Brand Boulevard, Suite 800
Glendale, CA 91203
(213) 489-3222 x227 (phone)
(424) 354-1853 (Direct Line)
(213) 622-4321 (fax)
Email: elukas@hfdclaw.com

Glenn E. Forbis (*Pro Hac Vice*)
Jeremiah J. Foley (*Pro Hac Vice*)
Harness, Dickey & Pierce PLC
5445 Corporate Drive, Suite 200
Troy, MI 48098
248-641-1600
gforbis@harnessip.com
jfoley@harnessip.com

Attorneys for Plaintiff MACUHEALTH, LP

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES – WESTERN DIVISION

| | |
|---|---|
| MACUHEALTH, LP<br><br>    Plaintiff,<br><br>- v.-<br><br>ONLINE BEST, LLC and JON MKRTCHYAN,<br><br>    Defendants. | Index No.: 2:25-cv-07803<br><br>District Judge Josephine L. Staton<br>Magistrate Judge Margo A. Rocconi<br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDICE**<br><br><br><br>Complaint filed: August 20, 2025 |

WHEREAS, Plaintiff MacuHealth, LP ("MacuHealth" or "Plaintiff") filed a complaint ("the Complaint") against Defendants Online Best, LLC and Jon Mkrtchyan (collectively "Online Best" or "Defendants"), alleging, *inter alia*, that Defendants have infringed MacuHealth's trademark and related state law claims;

WHEREAS, Federal Rule of Civil Procedure 41(a)(1)(A)(i) states that "the plaintiff may dismiss an action without a court order by filing: a notice of dismissal before the opposing party serves either an answer or motion for summary judgment";

WHEREAS Defendants have not served an answer or motion for summary judgment;

THEREFORE, Plaintiff MacuHealth does hereby file a notice of dismissal of Defendants from this action without prejudice.

Dated: January 5, 2026              Respectfully Submitted,

/s/ Jeremiah Foley
Glenn E. Forbis (*Pro Hac Vice*)
Jeremiah J. Foley (*Pro Hac Vice*)
Harness, Dickey & Pierce PLC
5445 Corporate Drive, Suite 200
Troy, MI  48098
248-641-1600
gforbis@harnessip.com
jfoley@harnessip.com

*Of Counsel for Plaintiff*

Edward W. Lukas, Jr.
Harrington, Foxx, Dubrow & Canter, LLP
535 N. Brand Boulevard, Suite 800
Glendale, CA 90071

NOTICE OF DISMISSAL WITHOUT PREJUDICE

(213) 489-3222 x227 (phone)
(424) 354-1853 (Direct Line)
(213) 622-4321 (fax)
Email: elukas@hfdclaw.com

*Local Counsel for Plaintiff*

3

NOTICE OF DISMISSAL WITHOUT PREJUDICE

# CERTIFICATE OF SERVICE

I hereby certify that on January 5, 2026, I caused the foregoing document to be electronically filed with the Clerk of the Court pursuant to the Electronic Filing Procedures and using the CM/ECF system, and that a true and correct electronic copy was thereby caused to be served on Defendant by and through its counsel of record.

Narek Zohrabyan (CA Bar 290385)
Phil IP Law Inc.
1055 East Colorado Blvd., Suite 500
Pasadena, CA 91106

*Counsel for Defendants*

/s/ Jeremiah Foley

NOTICE OF DISMISSAL WITHOUT PREJUDICE